IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

2017 APR 17 PM 1: 33

Dr. Cameo Aleece Green
Rural & Urban Communities Matter
Inc. ①

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Richland County Election & Voter
Registration, Samuel J. Selph as Director
South Carolina Election Commision, Billy Way Jr. (as chair Commission)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes    ☒ No
                *(check one)*

1.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    _Dr. Cameo A. Green_
Street Address          _1200 Neal Rd_
City and County         _Columbia,_
State and Zip Code      _South Carolina 29061_
Telephone Number        _803 - 776-6873_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                    _Samuel J Selph_
Job or Title            _Director_
(if known)
Street Address          _2020 Hampton St._
City and County         _Columbia / Richland_
State and Zip Code      _South Carolina 29204_
Telephone Number        _(803)-929- 6000_

Defendant No. 2

Name                    _Billy Way Jr._
Job or Title            _South Carolina Election Commission_
(if known)
Street Address          _1122 Lady St. Ste 500_
City and County         _Columbia / Richland_
State and Zip Code      _South Carolina 29201_
Telephone Number        _(803) 734-9060_

Defendant No. 3

Name                    _____

2

Job or Title
(if known)                _____

Street Address            _____

City and County           _____

State and Zip Code        _____

Telephone Number          _____

Defendant No. 4

Name                      _____

Job or Title
(if known)                _____

Street Address            _____

City and County           _____

State and Zip Code        _____

Telephone Number          _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The 1965 Voting Rights Act

Title 7: Sect. 7-5-10

Section 26 Article III of the Constitution

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.    If the plaintiff is a corporation

The plaintiff, *(name)* Dr. Cameo Aleece Green is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

The defendant, *(name)* Samuel J Selph, is a citizen of the State of *(name)* South Carolina. *Or* is a citizen of *(foreign nation)* _____.

        b.    If the defendant is a corporation

The defendant, *(name)* Billy Way Jr., is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Action for Declaratory Judgement
EXtRqoRdinARY Reason Exists

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant refused to accept appeal from 5/31/16.
The Defendant held May 31 run off & state primary on same day (6/14/16)
Defendant set-up a false ballot of the candidates removing 3 of 5
candidates from June 14, 2016 primary ballot. (see exibit 1) which
cause voters turn out to be suppressed. The defendant in exibit 1 hand-pick
the candidates of their choice & interfered with a full and fair expression
of voters choice. (see Exibit 2 the affidavit of one
Samuel J. Selph admission of tampering with ballots.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Null & Void Election or order demanding the
defendant to stop these discrimatory action,
prevent the Commission, interference
with Elections & the ballots.

5

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04 | 13 , 2017.

Signature of Plaintiff     _Dr. Cameo_

Printed Name of Plaintiff     Dr. Cameo Aleece Green

### B.     For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

Telephone Number     _____

E-mail Address     _____

6